# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILKINS, | ) NO. CV 18-9116-VAP(E) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, LIEUTENANT COX, | ) CONCLUSIONS AND RECOMMENDATIONS ) OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that summary judgment is granted in favor of Defendants dismissing the action without prejudice.

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff and counsel for Defendants.

DATED: July 8, 2020.

                                            _____
                                            VIRGINIA A. PHILLIPS
                                            UNITED STATES DISTRICT JUDGE

2