**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY WILKINS, | ) NO. CV 18-9116-VAP(E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, LIEUTENANT COX, | ) |
| Defendants. | ) |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 8, 2020.

/s/ Virginia A. Phillips
_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE